BLANCO ET AL., DEMANDANTES Y APELANTES, *v.* HERNÁNDEZ ET AL. DEMANDADOS Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en un caso de tercería de bienes inmuebles e *injunction*

No. 1048.—Resuelto en julio 9, 1914.

Desestimada la apelación por las razones consignadas en la opinión emitida en el caso No. 1049, *Blanco v. Hernández et al.,* resuelto en julio 9, 1914; (pág. 130.)

Los hechos están expresados en la opinión.

Abogado de la apelante Alejandrina Blanco Ramírez: *Sr. José Benet.*

El apelado Agustín Hernández Mena compareció en nombre propio.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Interpuesta apelación contra la sentencia dictada en este caso por la Corte de Distrito de Mayagüez, la parte demandante y apelante elevó la transcripción de los autos a esta Corte Suprema. En su alegato, la parte demandada y apelada solicita que desestimemos el recurso porque la transcripción de los autos elevada no aparece certificada ni por el secretario de la corte sentenciadora, ni por los abogados de ambas partes.

Examinados los autos, resulta que este recurso se encuentra exactamente en las mismas condiciones que el establecido en el caso No. 1049 de *Alejandrina Blanco Ramírez v. Agustín Hernández Mena* en el cual acabamos de dictar sentencia desestimando la apelación.

Por las razones consignadas en la opinión emitida para fundamentar dicha sentencia, procede de igual modo la desestimación de la apelación interpuesta en este caso. También deseamos hacer constar en éste que hemos examinado todas las cuestiones envueltas y que de tener que considerarlas en su fondo, las habríamos resuelto en el mismo sentido en que lo hizo la corte sentenciadora.

Debe desestimarse el recurso.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y del Toro.

El Juez Asociado Sr. Hutchison no formó parte del tribunal en la vista de este caso.

Presentada moción de reconsideración fué ésta denegada por resolución de Julio 18, 1914, sin opinión.